UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD ZUBAIR SABER,<br><br>                               Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Facility senior warden at the Otay Mesa Detention Center, et. al.,<br><br>                              Respondents. | Case No.: 25-CV-3431 JLS (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 3) |

      Presently before the Court is the Parties' Joint Motion to Dismiss ("Joint Mot.," ECF No. 3). On November 30, 2025, an Immigration Judge granted Petitioner's motion to terminate removal proceedings, and Respondents indicate that they do not intend to appeal the termination order. Joint Mot. at 1. Petitioner has since been released from custody. *Id.* Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** the above-captioned action. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

      **IT IS SO ORDERED.**

Dated: December 11, 2025

                                                                   Hon. Janis L. Sammartino
                                                                   United States District Judge